# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. CR-06-155-HE |
| | ) | |
| ANGELIA McCARTNEY, | ) | |
| SHAD MAC QUINN, and | ) | |
| MARCUS LON MILLS, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Defendants Angelia McCartney, Shad Mac Quinn, and Marcus Lon Mills have moved to vacate their convictions pursuant to 18 U.S.C. § 2255. The government has filed its combined response to the motions conceding that: these defendants are similarly situated with the two co-defendants (Lara Hall and John Randolph Muller) whose convictions the court has previously vacated, these defendants' convictions should be vacated based on the law of the case doctrine,[1] and the case should be dismissed as to these defendants. For substantially the same reasons as were set forth in the orders vacating the convictions of Hall and Muller [Doc. Nos. 437 & 438], the court concludes the pending motions to vacate convictions [Doc. Nos. 439, 443, and 448] should be and are **GRANTED**. The convictions of Marcus Lon Mills, Shad Mac Quinn and Angelia McCartney are **VACATED** and this case **DISMISSED** as to each of them. Insofar as said defendants are in custody by reason of the

---

[1] Regardless of whether the law of the case compels this result as to a particular defendant, it is at least clear that the government has not suggested any basis for different treatment of these defendants.

proceedings in this case, they are ordered released.

This order shall be effective on September 25, 2008.

IT IS SO ORDERED.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE